IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROLEX WATCH USA,

    Plaintiff,

  v.

AARON M BAER, individually and d/b/a TIC-TOC-WATCH-WHOLESALE,

    Defendant.
                                       /

No. C 07-01663 CW

ORDER

Default having been entered by the Clerk on April 26, 2007,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference, previously set for August 7, 2007, is continued to September 25, 2007, at 2:00 p.m.

Dated: 4/30/07

                                          CLAUDIA WILKEN
                                          United States District Judge

cc: Wings