**ORIGINAL**

1

2  **RECEIVED**

JUN 1 2 2007

3  RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  ROLEX WATCH U.S.A., INC.,     **FILED**   CIVIL ACTION NO. 4:07-cv- 1663 CW

6                 Plaintiff,       JUN 1 3 2007

7        v.            RICHARD W. WIEKING      ~~(Proposed)~~
CLERK, U.S. DISTRICT       **ORDER GRANTING APPLICATION**
NORTHERN DISTRICT OF CALIFORNIA   **FOR ADMISSION OF**
OAKLAND

8                                  **BRIAN W. BROKATE**
AARON M. BAER individually and d/b/a    ***PRO HAC VICE***

9  TIC-TOC-WATCH-WHOLESALE

10

11                 Defendant.

12

13

14        Brian W. Brokate, an active member in good standing of the bar of the State of New York

15  whose business address and telephone number is Gibney, Anthony & Flaherty LLP, 665 5th Avenue,

16  New York, New York 10022, Telephone: (212) 688-5151 and Facsimile: (212) 688-8315, having

17  applied in the above-entitled action for admission to practice in the Nothern District of California on

18  a *pro hac vice* basis, reperesnting Rolex Watch U.S.A, Inc.

19        IT IS HERBY ORDERED THAT the application is granted, subject to the terms and

20  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

21  *vice*. Service of papers upon and communication with co-counsel designated in the application will

22  constitute notice to the party. All future filings in this action are subject to requirements contained

23  in General Order No. 45, *Electronic Case Filing*.

24

25  Dated: _____ **JUN 1 3 2007**        _____

26                          United States District Judge

27

28

1   **[PROPOSED] ORDER GRANTING**
**APPLICATION FOR ADMISSION**
**OF BRIAN W. BROKATE *PRO HAC VICE***

CV 07-1663 CW

1

2

3

# DECLARATION OF SERVICE BY MAIL
### *Rolex Watch U.S.A. v. Aaron Baer, et al.*
**U.S.D.C., Northern District of California, Case No.:  CV 07-1663 CW**

4

I, the undersigned say:

5

6

7

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California  90212, and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

8

9

10

11

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service.  In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service, postage prepaid.

12

On June 11, 2007, I served the following document(s):

13

14

**[Proposed] Order Granting Application for Admission of Brian W. Brokate *Pro Hac Vice***

15

upon counsel and interested parties named below by placing a true and correct copy thereof in an envelope addressed as follows:

16

Aaron M. Baer

17

400 Garfield Street, Apt. B

San Francisco, CA 94132

18

**Individually and DBA Tic-Toc-Watch-Wholesale**

19

20

21

BY MAIL: I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

22

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23

Executed on June 11, 2007, at Beverly Hills, California.

24

25

26

Theresa M. Brown

27

28

I:\IP\10107\00016-TIC-TOC-WATCH\POS\POS-Mail - pro hac.doc

**CV 07-1663 CW**